| | | |
|---|---|---|
| People v McEachern | 1st Dept: 148 AD3d 565 (Bronx) | denied 6/6/17 (Wilson, J.) |
| People v McErlean | 2d Dept: 149 AD3d 872 (Suffolk) | denied 6/13/17 (DiFiore, Ch. J.) |
| People v McFarland | 4th Dept: 148 AD3d 1556 (Monroe) | denied 6/28/17 (Rivera, J.) |
| People v Medina | 1st Dept: 149 AD3d 598 (NY) | denied 6/20/17 (Garcia, J.) |
| People v Melendez | 1st Dept: 146 AD3d 611 (NY) | denied 6/22/17 (Wilson, J.) |
| People v Mendez | 1st Dept: 148 AD3d 555 (NY) | denied 6/28/17 (Rivera, J.) |
| People v Micheaux | 1st Dept: 147 AD3d 687 (NY) | denied 6/14/17 (DiFiore, Ch. J.) |
| People v Miller | 4th Dept: 148 AD3d 1689 (Monroe) | denied 6/13/17 (Stein, J.) |
| People v Mills | 1st Dept: 149 AD3d 559 (NY) | denied 6/13/17 (DiFiore, Ch. J.) |
| People v Minor | 1st Dept: 148 AD3d 461 (NY) | denied 6/23/17 (DiFiore, Ch. J.) |
| People v Mitchell | 2d Dept: 148 AD3d 730 (Nassau) | denied 6/21/17 (Stein, J.) |
| People v Mohamed | 2d Dept: 145 AD3d 1038 (Queens) | denied 6/9/17 (Wilson, J.) |
| People v Molemohi | 1st Dept: 147 AD3d 652 (NY) | denied 6/22/17 (Wilson, J.) |
| People v Moody | 1st Dept: 149 AD3d 634 (NY) | denied 6/20/17 (Garcia, J.) |
| People v Moore | 4th Dept: 148 AD3d 1723 (Erie) | denied 6/20/17 (Garcia, J.) |
| People v Moorman | 1st Dept: 148 AD3d 605 (NY) | denied 6/16/17 (Stein, J.) |
| People v Morales (Sigfredo) | App Term, 1st Dept: 55 Misc 3d 59 (NY) | denied 6/6/17 (Stein, J.) |
| People v Morales (Wilfredo) | 4th Dept: 148 AD3d 1638 (Erie) | denied 6/8/17 (Garcia, J.) |
| People v Morelli | 1st Dept: 149 AD3d 579 (NY) | denied 6/23/17 (Fahey, J.) |
| People v Morgan (Anthony) | 4th Dept: 149 AD3d 1560 (Monroe) | denied 6/20/17 (Garcia, J.) |
| People v Morgan (Jason) | 4th Dept: 148 AD3d 1590 (Monroe) | denied 6/23/17 (Wilson, J.) |
| People v Moronta | App Div, 1st Dept: 2016 NY Slip Op 90964(U) (NY) | denied 6/1/17 (Stein, J.) |
| People v Morris | 2d Dept: 148 AD3d 732 (Westchester) | denied 6/22/17 (Wilson, J.) |
| People v Moss | 2d Dept: 148 AD3d 1186 (Nassau) | denied 6/23/17 (Fahey, J.) |
| People v Mujica | 2d Dept: 146 AD3d 902 (Kings) | denied 6/20/17 (Rivera, J.) |